Case 4:16-cv-00041 Document 3-1 Filed in TXSD on 01/20/16 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 25, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD GREENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>RENE R. JOYCE, MICHAEL A. HEIM, JAMES W. WHALEN, JOE BOB PERKINS, RUTH I. DREESSEN, ROBERT B. EVANS, BARRY R. PEARL, and TARGA RESOURCES PARTNERS L.P.,<br><br>Defendants | § § § § § § § § § § § § § § § § § | Civil Action No. 4:16-cv-00041<br><br>(Harmon, J.) |
| JOHN F. LINDEMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>TARGA RESOURCES PARTNERS, L.P., JOE BOB PERKINS, RENE R. JOYCE, JAMES W. WHALEN, RUTH I. DREESSEN, ROBERT B. EVANS, and BARRY R. PEARL,<br><br>Defendants | § § § § § § § § § § § § § § § § § § | Civil Action No. 4:16-cv-00165<br><br>(Gilmore, J.) |

## ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE

Before the Court is Defendants' unopposed motion to consolidate *John F. Lindeman v. Targa Resources Partners, L.P., et al.*, Case No. 4:16-cv-00165, with and into *Richard Greenthal v. Rene R. Joyce, et al.*, Case No. 4:16-cv-00041.

This Court has discretion to consolidate actions under Federal Rule of Civil Procedure 42(a). After reviewing the relevant arguments and the record, the Court finds and concludes that the factors set out in *In re Enron Corp. Sec., Derivative & "ERISA" Litig.*, 2007 WL 446051, at *1 (S.D. Tex. Feb. 7, 2007), favor consolidation. In particular, the Court finds and concludes that the *Greenthal* and *Lindeman* suits involve common questions of law and fact and that consolidation will avoid unnecessary delay and cost.

Accordingly, the Court GRANTS the motion and ORDERS as follows:

1. Civil Action Nos. 4:16-cv-00041 and No. 4:16-cv-00165 are hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal, pursuant to Federal Rule of Procedure 42(a);

2. The actions so consolidated shall be styled "*In re Targa Resources Partners, L.P. Securities Litigation*, Consolidated Civil Action No. 4:16-cv-00041";

3. The Clerk shall transfer all filings in Civil Action No. 4:16-cv-00165; and

4. The Clerk shall administratively close Civil Action No. 4:16-cv-00165.

SO ORDERED.

January 21, 2016.

_____
Melinda Harmon
United States District Judge