Case 4:16-cv-00041   Document 18-1   Filed in TXSD on 04/04/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re TARGA RESOURCES PARTNERS, L.P. SECURITIES LITIGATION §§§§§§ This Document Relates to: All Actions | Lead Case No. 4:16-cv-00041 |

## ORDER OF DISMISSAL

Pending before the Court is Plaintiffs' unopposed motion to dismiss. Upon consideration of the motion and the applicable law, the motion is GRANTED, and the case is DISMISSED without prejudice to refiling, and all costs and expenses, including attorneys' fees, are to be borne by the party incurring them.

SIGNED the _15th_ day of _April_, 2016.

_____
UNITED STATES DISTRICT JUDGE